# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LOMBARDI, NICK W. | § | Case No. 10-07900 |
| LOMBARDI, MARLA L. | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .   The undersigned trustee was appointed on                    .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was              and the deadline for filing governmental claims was              . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $              , for a total compensation of $              [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/JOSEPH E. COHEN _____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:     1

Exhibit A

| Case No: | 10-07900 | ABG | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|---|

Case Name: LOMBARDI, NICK W.
LOMBARDI, MARLA L.

For Period Ending: 04/15/14

Trustee Name:   JOSEPH E. COHEN
Date Filed (f) or Converted (c):   02/26/10 (f)
341(a) Meeting Date:   01/24/13
Claims Bar Date:   10/24/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Residence at 114 S. Highpoint, Rould Lake, IL | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. checking<br>checking | 50.00 | 0.00 | | 0.00 | FA |
| 3. Normal household goods and related<br>Normal household goods and related | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. Normal wardrobes and related<br>Normal wardrobes and related | 300.00 | 0.00 | | 0.00 | FA |
| 5. term life insurance policy with $165,000 death ben<br>term life insurance policy with $165,000 death benefit | 0.00 | 0.00 | | 0.00 | FA |
| 6. 401k<br>401k | 14,000.00 | 0.00 | | 0.00 | FA |
| 7. 401k<br>401k | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. IRA<br>IRA | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. 2004 pontiac grand prix<br>2004 pontiac grand prix | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. 2005 Nissan Titan pickup<br>2005 Nissan Titan pickup | 7,150.00 | 0.00 | | 0.00 | FA |
| 11. 2012 Chevy Cruze (u) | 13,500.00 | 0.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $296,000.00          $0.00          $5,000.00          $0.00

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:     2

Exhibit A

| | | |
|---|---|---|
| Case No: | 10-07900    ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name:    JOSEPH E. COHEN |
| Case Name: | LOMBARDI, NICK W. | Date Filed (f) or Converted (c):   02/26/10 (f) |
| | LOMBARDI, MARLA L. | 341(a) Meeting Date:   01/24/13 |
| | | Claims Bar Date:   10/24/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS IS A CONVERTED CHAPTER 13.  TRUSTEE TO SELL DEBTOR'S PICKUP TRUCK.  TRUSTEE HAS SOLD VEHICLE BACK TO THE DEBTOR.

TRUSTEE TO REVIEW CLAIMS AND START PREPARING HIS FINAL REPORT - January 15, 2014.

Initial Projected Date of Final Report (TFR): 04/30/14        Current Projected Date of Final Report (TFR): 04/30/14

FORM 2   Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-07900 -ABG | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | LOMBARDI, NICK W. | | Bank Name: | ASSOCIATED BANK |
| | LOMBARDI, MARLA L. | | Account Number / CD #: | *******2507  Checking Account |
| Taxpayer ID No: | *******6361 | | | |
| For Period Ending: | 04/15/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/13 | 11 | NICK LOMBARDI | Sale of Vehicle | 1229-000 | 5,000.00 | | 5,000.00 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,960.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,950.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,940.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,930.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,920.00 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 7.15 | 4,912.85 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | 5,000.00 | 87.15 | 4,912.85 |
| | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 5,000.00 | 87.15 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 5,000.00 | 87.15 | |

| | | NET DEPOSITS | NET<br>DISBURSEMENTS | ACCOUNT<br>BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking Account - *******2507 | | 5,000.00 | 87.15 | 4,912.85 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 5,000.00 | 87.15 | 4,912.85 |
| | | ============= | ============= | ============= |
| | | (Excludes Account<br>Transfers) | (Excludes Payments<br>To Debtors) | Total Funds<br>On Hand |

|  | Page Subtotals | 5,000.00 | 87.15 |
|---|---|---|---|

Ver: 17.05d

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 10-07900  -ABG | |
| Case Name: | LOMBARDI, NICK W. | |
| | LOMBARDI, MARLA L. | |
| Taxpayer ID No: | *******6361 | |
| For Period Ending: | 04/15/14 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH E. COHEN | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******2507  Checking Account | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| Page Subtotals | 0.00 | 0.00 |

Ver: 17.05d

LFORM24

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: May 22, 2014

Case Number:  10-07900
Debtor Name:  LOMBARDI, NICK W.

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | COHEN & KROL<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,465.25 | $1,465.25 |
| 001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $1,322.84 | $1,322.84 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>701 Poydras St.<br>Suite 420<br>New Orleans, LA 70139 | Administrative | | $0.00 | $7.15 | $7.15 |
| 000001B<br>070<br>7100-00 | Wells Fargo Financial Illinois_Inc<br>Bankruptcy Department<br>13675 Technology Dr. Bldg C 2nd<br>Floor<br>Eden Prairie, MN 55344-2252 | Unsecured | | $0.00 | $73.75 | $73.75 |
| 000002<br>070<br>7100-00 | Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323 | Unsecured | | $0.00 | $3,889.07 | $3,889.07 |
| 000003<br>070<br>7100-00 | Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323 | Unsecured | | $0.00 | $10,181.48 | $10,181.48 |
| 000004<br>070<br>7100-00 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $10,936.11 | $10,936.11 |
| 000005<br>070<br>7100-00 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $5,050.40 | $5,050.40 |
| 000008<br>070<br>7100-00 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125<br>USA | Unsecured | | $0.00 | $4,617.89 | $4,617.89 |
| 000009<br>070<br>7100-00 | American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $9,055.54 | $9,055.54 |
| 000010<br>070<br>7100-00 | East Bay Funding, LLC<br>c/o Resurgent Capital Services<br>PO Box 288<br>Greenville, SC 29603 | Unsecured | | $0.00 | $9,896.93 | $9,896.93 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                                          Date: May 22, 2014

Case Number:    10-07900                          Claim Class Sequence
Debtor Name:    LOMBARDI, NICK W.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000011 070 7100-00 | eCAST Settlement Corporation, assignee of Chase Bank USA, NA successor by merger to Washington Mutual POB 29262 New York, NY 10087-9262 | Unsecured | | $0.00 | $5,065.16 | $5,065.16 |
| 000012 070 7100-00 | HSBC Bank Nevada, N.A. by PRA Receivables Management, LLC PO Box 12907 Norfolk VA 23541 | Unsecured | | $0.00 | $270.36 | $270.36 |
| 000013 070 7100-00 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $2,405.85 | $2,405.85 |
| 000014 070 7100-00 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $1,318.92 | $1,318.92 |
| 000015 070 7100-00 | Bill Me Later 9690 Deereco Rd. Timonium, MD 21093 | Unsecured | | $0.00 | $1,500.42 | $1,500.42 |
| 000016 070 7100-00 | Portfolio Recovery Associates, LLC NATIONAL CAPITAL MANAGEMENT, LLC (GE Capital Corp) PO Box 41067 Norfolk, VA 23541 | Unsecured | | $0.00 | $4,076.07 | $4,076.07 |
| 000001A 050 4210-00 | Wells Fargo Financial Illinois_Inc Bankruptcy Department 13675 Technology Dr. Bldg C 2nd Floor Eden Prairie, MN 55344-2252 | Secured | | $0.00 | $8,239.00 | $8,239.00 |
| 000006 050 4210-00 | U.S. Bank N.A. PO Box 5229 Cincinnati, OH 45201 | Secured | | $0.00 | $14,161.83 | $14,161.83 |
| 000007 050 4110-00 | IBM Lender Business Process Services, Inc P. O. Box 4128 Beaverton, OR 97076-4128 | Secured | | $0.00 | $259,825.80 | $259,825.80 |
| | Case Totals: | | | $0.00 | $353,359.82 | $353,359.82 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-07900
Case Name: LOMBARDI, NICK W.
          LOMBARDI, MARLA L.
Trustee Name: JOSEPH E. COHEN

Balance on hand                                    $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001A | Wells Fargo Financial Illinois_Inc Bankruptcy Department 13675 Technology Dr. Bldg C 2nd Floor Eden Prairie, MN 55344-2252 | $ | $ | $ | $ |
| 000006 | U.S. Bank N.A. PO Box 5229 Cincinnati, OH 45201 | $ | $ | $ | $ |
| 000007 | IBM Lender Business Process Services, Inc P. O. Box 4128 Beaverton, OR 97076-4128 | $ | $ | $ | $ |

Total to be paid to secured creditors          $_____

Remaining Balance                              $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ | $ | $ |
| Trustee Expenses: JOSEPH E. COHEN | $ | $ | $ |
| Attorney for Trustee Fees: COHEN & KROL | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses      $_____

Remaining Balance                                            $_____


Applications for prior chapter fees and administrative expenses have been filed as follows:


NONE


In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:


NONE


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Wells Fargo Financial Illinois_Inc Bankruptcy Department 13675 Technology Dr. Bldg C 2nd Floor Eden Prairie, MN 55344-2252 | $ | $ | $ |
| 000002 | Wells Fargo Bank, N.A. 4137 121st Street Urbandale, IA 50323 | $ | $ | $ |
| 000003 | Wells Fargo Bank, N.A. 4137 121st Street Urbandale, IA 50323 | $ | $ | $ |
| 000004 | CANDICA L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ | $ | $ |
| 000005 | CANDICA L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | $ | $ | $ |
| 000008 | National Capital Management, LLC. 8245 Tournament Drive Suite 230 Memphis, TN 38125 USA | $ | $ | $ |
| 000009 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000010 | East Bay Funding, LLC c/o Resurgent Capital Services PO Box 288 Greenville, SC 29603 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | eCAST Settlement Corporation, assignee of Chase Bank USA, NA successor by merger to Washington Mutual POB 29262 New York, NY 10087-9262 | $ | $ | $ |
| 000012 | HSBC Bank Nevada, N.A. by PRA Receivables Management, LLC PO Box 12907 Norfolk VA 23541 | $ | $ | $ |
| 000013 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |
| 000014 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | $ | $ | $ |
| 000015 | Bill Me Later 9690 Deereco Rd. Timonium, MD 21093 | $ | $ | $ |
| 000016 | Portfolio Recovery Associates, LLC NATIONAL CAPITAL MANAGEMENT, LLC (GE Capital Corp) PO Box 41067 Norfolk, VA 23541 | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE