# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
LOMBARDI, NICK W. § Case No. 10-07900
LOMBARDI, MARLA L. §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  CLERK OF BANKRUPTCY COURT
              219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 7/11/2014   in Courtroom ,

        North Branch Court
        1792 Nicole Lane
        Round Lake Beach, IL 60073

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: _____
                                                             Clerk, U.S. Bankruptcy Court


*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
| --- | --- | --- |
| | § | |
| LOMBARDI, NICK W. | § | Case No. 10-07900 |
| LOMBARDI, MARLA L. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
| --- | --- | ---: |
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 87.15 |
| leaving a balance on hand of[1] | $ | 4,912.85 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | ---: | ---: | ---: | ---: |
| 000001A | Wells Fargo Financial Illinois_Inc Bankruptcy Department 13675 Technology Dr. Bldg C 2nd Floor Eden Prairie, MN 55344-2252 | $ 8,239.00 | $ 8,239.00 | $ 0.00 | $ 0.00 |
| 000006 | U.S. Bank N.A. PO Box 5229 Cincinnati, OH 45201 | $ 14,161.83 | $ 14,161.83 | $ 0.00 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000007 | IBM Lender Business Process Services, Inc P. O. Box 4128 Beaverton, OR 97076-4128 | $ 259,825.80 | $ 259,825.80 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 4,912.85 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: JOSEPH E. COHEN | $ 72.84 | $ 0.00 | $ 72.84 |
| Attorney for Trustee Fees: COHEN & KROL | $ 1,465.25 | $ 0.00 | $ 1,465.25 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 7.15 | $ 7.15 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 2,788.09 |
| Remaining Balance | $ 2,124.76 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

     The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

     Timely claims of general (unsecured) creditors totaling $ 68,337.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.1 percent, plus interest (if applicable).

     Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001B | Wells Fargo Financial Illinois_Inc<br>Bankruptcy Department<br>13675 Technology Dr.<br>Bldg C 2nd Floor<br>Eden Prairie, MN 55344-2252 | $ 73.75 | $ 0.00 | $ 2.29 |
| 000002 | Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323 | $ 3,889.07 | $ 0.00 | $ 120.92 |
| 000003 | Wells Fargo Bank, N.A.<br>4137 121st Street<br>Urbandale, IA 50323 | $ 10,181.48 | $ 0.00 | $ 316.56 |
| 000004 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 10,936.11 | $ 0.00 | $ 340.02 |
| 000005 | CANDICA L.L.C.<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | $ 5,050.40 | $ 0.00 | $ 157.03 |
| 000008 | National Capital Management, LLC.<br>8245 Tournament Drive<br>Suite 230<br>Memphis, TN 38125<br>USA | $ 4,617.89 | $ 0.00 | $ 143.58 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000009 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | $ 9,055.54 | $ 0.00 | $ 281.55 |
| 000010 | East Bay Funding, LLC c/o Resurgent Capital Services PO Box 288 Greenville, SC 29603 | $ 9,896.93 | $ 0.00 | $ 307.72 |
| 000011 | eCAST Settlement Corporation, assignee of Chase Bank USA, NA successor by merger to Washington Mutual POB 29262 New York, NY 10087-9262 | $ 5,065.16 | $ 0.00 | $ 157.49 |
| 000012 | HSBC Bank Nevada, N.A. by PRA Receivables Management, LLC PO Box 12907 Norfolk VA 23541 | $ 270.36 | $ 0.00 | $ 8.41 |
| 000013 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | $ 2,405.85 | $ 0.00 | $ 74.80 |
| 000014 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | $ 1,318.92 | $ 0.00 | $ 41.01 |
| 000015 | Bill Me Later 9690 Deereco Rd. Timonium, MD 21093 | $ 1,500.42 | $ 0.00 | $ 46.65 |
| 000016 | Portfolio Recovery Associates, LLC NATIONAL CAPITAL MANAGEMENT, LLC (GE Capital Corp) PO Box 41067 Norfolk, VA 23541 | $ 4,076.07 | $ 0.00 | $ 126.73 |

| | |
|---|---:|
| Total to be paid to timely general unsecured creditors | $ 2,124.76 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

*JOSEPH E. COHEN*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Nick W. Lombardi
Marla L. Lombardi
    Debtors

Case No. 10-07900-ABG
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: acox     Page 1 of 2     Date Rcvd: Jun 03, 2014
                      Form ID: pdf006    Total Noticed: 41

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2014.

```
db/jdb        +Nick W. Lombardi,    Marla L. Lombardi,    114 S. Highpoint Road,    Round Lake, IL 60073-9777
15491373       American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15164540      +Amex,    Po Box 297871,    Fort Lauderdale, FL 33329-7871
15164541      +Barclays Bank Delaware,    125 South West Street,    Wilmington, DE 19801-5014
15164542      +Baron Coll,    155 Revere Dr,    Northbrook, IL 60062-1558
15164544     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,     Po Box 85520,    Richmond, VA  23285)
15164543      +California Federal Bank,    1000 Technology Dr.,    O Fallon, MO 63368-2239
15688529       Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 71083,
               Charlotte, NC  28272-1083
15164546      +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
15164547      +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
15164548      +Citgo/cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
15164549      +Equable Ascent Financi,    1120 West  Lake Co,    Buffalo Grove, IL 60089-1970
15164539     #+Gierum & Mantas,    9700 West Higgins Road Suite 1015,    Rosemont, IL 60018-4712
15636814      +HSBC Bank Nevada, N.A.,    by PRA Receivables Management, LLC,    PO Box 12907,
               Norfolk VA 23541-0907
15164551      +Harris N.a.,    Po Box 94034,    Palatine, IL 60094-4034
15164552      +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16018906       IBM Lender Business Process Services, Inc,    P. O. Box 4128,    Beaverton, OR 97076-4128
15416578      +JP Morgan Chase Bank, N.A.,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
15164538      +Lombardi Marla L,    114 S Highpoint Road,    Round Lake, IL 60073-9777
15164537      +Lombardi Nick W,    114 S Highpoint Road,    Round Lake, IL 60073-9777
21076931     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
              (address filed with court: Portfolio Recovery Associates, LLC,    NATIONAL CAPITAL MANAGEMENT, LLC,
               (GE Capital Corp),    PO Box 41067,    Norfolk, VA 23541)
15164554      +Sears/cbsd,    8725 W. Sahara Ave,    The Lakes, NV 89163-0001
15164555      +TCF National Bank,    800 Burr Ridge Pkwy,    Burr Ridge, IL 60527-6486
15164556       Thd/cbsd,    Ccs Gray Ops Center,    Sioux Falls, SD  57117
15387931     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: U.S. Bank N.A.,    PO Box 5229,    Cincinnati, OH 45201)
15164557      +United Collect Bur Inc,    5620 Southwyck Blvd Ste,    Toledo, OH 43614-1501
15223424      +Wells Fargo Bank, N.A.,    4137 121st Street,    Urbandale, IA 50323-2310
15216221       Wells Fargo Financial Illinois_Inc,    Bankruptcy Department,
               13675 Technology Dr. Bldg C 2nd Floor,    Eden Prairie, MN 55344-2252
15164560      +Wff Cards,    3201 N 4th Ave,    Sioux Falls, SD 57104-0700
15164559      +Wff Cards,    3201 North 4th Ave,    Sioux Falls, SD 57104-0700
15164561      +Wffinancial,    2501 Seaport Dr Ste Bh30,    Chester, PA 19013-2249
15568754       eCAST Settlement Corporation, assignee,    of Chase Bank USA, NA successor by,
               merger to Washington Mutual,    POB 29262,    New York, NY 10087-9262
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
15375941      +E-mail/Text: bncmail@w-legal.com Jun 04 2014 01:17:49     CANDICA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
15497628       E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2014 01:23:12     CR Evergreen, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
15164545      +E-mail/Text: contact@csicollects.com Jun 04 2014 01:19:23     Certified Services Inc,
               1733 Washington St Ste 2,    Waukegan, IL 60085-5192
18111251      +E-mail/PDF: resurgentbknotifications@resurgent.com Jun 04 2014 01:23:13     East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
15164550      +E-mail/PDF: gecsedi@recoverycorp.com Jun 04 2014 01:24:28     Gemb/care Credit,    Po Box 981439,
               El Paso, TX 79998-1439
15716474       E-mail/Text: cio.bncmail@irs.gov Jun 04 2014 01:16:48     Internal Revenue Service,
               Austin IRS Center,    Stop 6692 AUSC,    Austin, TX 73301
15716473       E-mail/Text: cio.bncmail@irs.gov Jun 04 2014 01:16:48     Internal Revenue Service,
               PO Box 21126,    Philadelphia, PA 19114
15164553      +E-mail/Text: sdvorak@lakecountyil.gov Jun 04 2014 01:16:08     Lake County Treasurer,
               18 N. County St. Rm 102,    Waukegan, IL 60085-4361
15439584      +E-mail/Text: bknotice@ncmllc.com Jun 04 2014 01:17:51     National Capital Management, LLC.,
               8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741,    USA
                                                                                             TOTAL: 9
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15812110       Bill Me Later 9690 Deereco Rd. Timonium, MD 21093
15667945*      American Express Centurion Bank,    POB 3001,    Malvern, PA 19355-0701
15164558*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: Us Bank,    Po Box 5227,    Cincinnati, OH  45201)
                                                                                             TOTALS: 1, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: acox                  Page 2 of 2                   Date Rcvd: Jun 03, 2014
                              Form ID: pdf006             Total Noticed: 41
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2014                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 2, 2014 at the address(es) listed below:
              E. Philip  Groben    on behalf of Trustee Joseph E Cohen pgroben@cohenandkrol.com,
               trotman@cohenandkrol.com;pmchugh@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Trustee Joseph E Cohen gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com;jneiman@cohenandkrol.com
              John E Gierum    on behalf of Joint Debtor Marla L. Lombardi jgierum@7trustee.net,
               karen@gierummantas.com
              John E Gierum    on behalf of Debtor Nick W. Lombardi jgierum@7trustee.net,   karen@gierummantas.com
              Joseph E Cohen     jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Attorney    Cohen & Krol jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Joseph E Cohen    on behalf of Trustee Joseph E Cohen jcohen@cohenandkrol.com,
               jcohenattorney@gmail.com;gkrol@cohenandkrol.com;jneiman@cohenandkrol.com
              Nisha B Parikh    on behalf of Creditor    Fedeal national Mortgage Association...
               nparikh@fal-illinois.com,   bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Steven C Lindberg    on behalf of Creditor    JP Morgan Chase Bank, N.A. bankruptcy@fallaw.com
                                                                                             TOTAL: 10
```