# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LOMBARDI, NICK W. | § | Case No. 10-07900 |
| LOMBARDI, MARLA L. | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on         .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Mtg Po Box 24696 Columbus, OH  43224 |  |  |  |  |  |
|  | Lake County Treasurer 18 N. County St. Rm 102 Waukegan, IL  60085 |  |  |  |  |  |
|  | Us Bank Po Box 5227 Cincinnati, OH  45201 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wffinancial 2501 Seaport Dr Ste Bh30 Chester, PA  19013 | | | | | |
| 000007 | IBM LENDER BUSINESS PROCESS SERVICE | | | | | |
| 000006 | U.S. BANK N.A. | | | | | |
| 000001A | WELLS FARGO FINANCIAL ILLINOIS_INC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| JOSEPH E. COHEN, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN, ATTORNEY FOR TRUST | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amex Po Box 297871 Fort Lauderdale, FL  33329 | | | | | |
| | Amex Po Box 297871 Fort Lauderdale, FL  33329 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware 125 South West Street Wilmington, DE  19801 | | | | | |
| | Barclays Bank Delaware 125 South West Street Wilmington, DE  19801 | | | | | |
| | Baron Coll 155 Revere Dr Northbrook, IL  60062 | | | | | |
| | California Federal Bank 1000 Technology Dr. O Fallon, MO 63368 | | | | | |
| | Cap One Po Box 85520 Richmond, VA  23285 | | | | | |
| | Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL  60085 | | | | | |
| | Certified Services Inc 1733 Washington St Ste 2 Waukegan, IL  60085 | | | | | |
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE  19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citgo/cbsd Po Box 6497 Sioux Falls, SD  57117 | | | | | |
| | Equable Ascent Financi 1120 West  Lake Co Buffalo Grove, IL  60089 | | | | | |
| | Gemb/care Credit Po Box 981439 El Paso, TX  79998 | | | | | |
| | Harris N.a. Po Box 94034 Palatine, IL  60094 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL  60197 | | | | | |
| | Sears/cbsd 8725 W. Sahara Ave The Lakes, NV  89163 | | | | | |
| | TCF National Bank 800 Burr Ridge Pkwy Burr Ridge, IL 60527 | | | | | |
| | Thd/cbsd Ccs Gray Ops Center Sioux Falls, SD  57117 | | | | | |
| | United Collect Bur Inc 5620 Southwyck Blvd Ste Toledo, OH  43614 | | | | | |
| | Wff Cards 3201 N 4th Ave Sioux Falls, SD  57104 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wff Cards 3201 North 4th Ave Sioux Falls, SD  57104 | | | | | |
| 000009 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000013 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000015 | BILL ME LATER 9690 DEERECO RD. TIMO | | | | | |
| 000004 | CANDICA L.L.C. | | | | | |
| 000005 | CANDICA L.L.C. | | | | | |
| 000014 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000010 | EAST BAY FUNDING, LLC | | | | | |
| 000011 | ECAST SETTLEMENT CORPORATION, ASSIG | | | | | |
| 000012 | HSBC BANK NEVADA, N.A. | | | | | |
| 000008 | NATIONAL CAPITAL MANAGEMENT, LLC. | | | | | |
| 000016 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | WELLS FARGO BANK, N.A. | | | | | |
| 000003 | WELLS FARGO BANK, N.A. | | | | | |
| 000001B | WELLS FARGO FINANCIAL ILLINOIS_INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Exhibit 8

| Case No: | 10-07900 | ABG | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | LOMBARDI, NICK W. | | |
| | LOMBARDI, MARLA L. | | |
| For Period Ending: 12/17/14 | | | |

Trustee Name:    JOSEPH E. COHEN
Date Filed (f) or Converted (c):    02/26/10 (f)
341(a) Meeting Date:    01/24/13
Claims Bar Date:    10/24/13

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Residence at 114 S. Highpoint, Rould Lake, IL | 250,000.00 | 0.00 | | 0.00 | FA |
| 2. | checking     checking | 50.00 | 0.00 | | 0.00 | FA |
| 3. | Normal household goods and related     Normal household goods and related | 2,500.00 | 0.00 | | 0.00 | FA |
| 4. | Normal wardrobes and related     Normal wardrobes and related | 300.00 | 0.00 | | 0.00 | FA |
| 5. | term life insurance policy with $165,000 death ben     term life insurance policy with $165,000 death benefit | 0.00 | 0.00 | | 0.00 | FA |
| 6. | 401k     401k | 14,000.00 | 0.00 | | 0.00 | FA |
| 7. | 401k     401k | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. | IRA     IRA | 3,000.00 | 0.00 | | 0.00 | FA |
| 9. | 2004 pontiac grand prix     2004 pontiac grand prix | 3,500.00 | 0.00 | | 0.00 | FA |
| 10. | 2005 Nissan Titan pickup     2005 Nissan Titan pickup | 7,150.00 | 0.00 | | 0.00 | FA |
| 11. | 2012 Chevy Cruze (u) | 13,500.00 | 0.00 | | 5,000.00 | 0.00 |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $296,000.00          $0.00          $5,000.00          $0.00

(Total Dollar Amount in Column 6)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 10-07900   ABG   Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | LOMBARDI, NICK W. | Date Filed (f) or Converted (c): | 02/26/10 (f) |
| | LOMBARDI, MARLA L. | 341(a) Meeting Date: | 01/24/13 |
| | | Claims Bar Date: | 10/24/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THIS IS A CONVERTED CHAPTER 13.  TRUSTEE TO SELL DEBTOR'S PICKUP TRUCK.  TRUSTEE HAS SOLD VEHICLE BACK TO THE DEBTOR.

TRUSTEE TO REVIEW CLAIMS AND START PREPARING HIS FINAL REPORT - January 15, 2014.  TFR FILED WITH THE COURT AND A FINAL

HEARING HELD ON 7/11/14 - July 31, 2014.  DISTRIBUTION HAS BEEN MADE, ALL CHECKS HAVE CLEARED THE BANK AND THE TRUSTEE

IS PREPARING HIS TDR - December 1, 2014.  TDR SUBMITTED TO THE UST FOR REVIEW - December 30, 2014.

Initial Projected Date of Final Report (TFR): 04/30/14        Current Projected Date of Final Report (TFR): 04/30/14

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2                                                                                                          Page:   1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-07900  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LOMBARDI, NICK W. | Bank Name: | ASSOCIATED BANK |
| | LOMBARDI, MARLA L. | Account Number / CD #: | *******2507  Checking Account |
| Taxpayer ID No: | *******6361 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/13 | 11 | NICK LOMBARDI | Sale of Vehicle | 1229-000 | 5,000.00 | | 5,000.00 |
| 08/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,990.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,980.00 |
| 10/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,970.00 |
| 11/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,960.00 |
| 12/06/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,950.00 |
| 01/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,940.00 |
| 02/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,930.00 |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,920.00 |
| 04/05/14 | 300001 | INTERNATIONAL SURETIES, LTD. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond # 016026455 | 2300-000 | | 7.15 | 4,912.85 |
| 07/16/14 | 300002 | JOSEPH E. COHEN, Trustee 105 West Madison Street Chicago, IL 60602 | Trustee Compensation | | | 1,322.84 | 3,590.01 |
| | | | Fees          1,250.00 | 2100-000 | | | |
| | | | Expenses        72.84 | 2200-000 | | | |
| 07/16/14 | 300003 | COHEN & KROL, Attorneys for Trustee 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 976.83 | 2,613.18 |
| 07/16/14 | 300004 | JOSEPH E. COHEN, Attorney for Trustee 105 West Madison Street Chicago, IL 60602 | Attorney for Trustee fees | 3110-000 | | 488.42 | 2,124.76 |
| 07/16/14 | 300005 | Wells Fargo Financial Illinois_Inc Bankruptcy Department 13675 Technology Dr. Bldg C 2nd Floor Eden Prairie, MN 55344-2252 | Claim 000001B, Payment 3.10508% | 7100-000 | | 2.29 | 2,122.47 |

| | | | Page Subtotals | | 5,000.00 | 2,877.53 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

Ver: 18.03b

FORM 2                                                                              Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-07900 -ABG | |
| Case Name: | LOMBARDI, NICK W. | |
| | LOMBARDI, MARLA L. | |
| Taxpayer ID No: | *******6361 | |
| For Period Ending: | 12/17/14 | |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******2507  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/16/14 | 300006 | Wells Fargo Bank, N.A. 4137 121st Street Urbandale, IA 50323 | Claim 000002, Payment 3.10923% (2-1) unsecured claim | 7100-000 | | 120.92 | 2,001.55 |
| 07/16/14 | 300007 | Wells Fargo Bank, N.A. 4137 121st Street Urbandale, IA 50323 | Claim 000003, Payment 3.10917% (3-1) unsecured claim | 7100-000 | | 316.56 | 1,684.99 |
| 07/16/14 | 300008 | CANDICA L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000004, Payment 3.10915% | 7100-000 | | 340.02 | 1,344.97 |
| 07/16/14 | 300009 | CANDICA L.L.C. C O WEINSTEIN AND RILEY, PS 2001 WESTERN AVENUE, STE 400 SEATTLE, WA 98121 | Claim 000005, Payment 3.10926% | 7100-000 | | 157.03 | 1,187.94 |
| 07/16/14 | 300010 | National Capital Management, LLC. 8245 Tournament Drive Suite 230 Memphis, TN 38125 USA | Claim 000008, Payment 3.10921% | 7100-000 | | 143.58 | 1,044.36 |
| 07/16/14 | 300011 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | Claim 000009, Payment 3.10915% (9-1) CREDIT CARD DEBT | 7100-000 | | 281.55 | 762.81 |
| 07/16/14 | 300012 | East Bay Funding, LLC c/o Resurgent Capital Services PO Box 288 Greenville, SC 29603 | Claim 000010, Payment 3.10925% | 7100-000 | | 307.72 | 455.09 |
| 07/16/14 | 300013 | eCAST Settlement Corporation, assignee of Chase Bank USA, NA successor by merger to Washington Mutual POB 29262 | Claim 000011, Payment 3.10928% (11-1) CREDIT CARD DEBT | 7100-000 | | 157.49 | 297.60 |

| | | | Page Subtotals | | 0.00 | 1,824.87 | |

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 10-07900  -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | LOMBARDI, NICK W. | Bank Name: | ASSOCIATED BANK |
| | LOMBARDI, MARLA L. | Account Number / CD #: | *******2507  Checking Account |
| Taxpayer ID No: | *******6361 | | |
| For Period Ending: | 12/17/14 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | New York, NY 10087-9262 | | | | | |
| 07/16/14 | 300014 | HSBC Bank Nevada, N.A. by PRA Receivables Management, LLC PO Box 12907 Norfolk VA 23541 | Claim 000012, Payment 3.11067% | 7100-000 | | 8.41 | 289.19 |
| 07/16/14 | 300015 | American Express Centurion Bank POB 3001 Malvern, PA 19355-0701 | Claim 000013, Payment 3.10909% (13-1) CREDIT CARD DEBT | 7100-000 | | 74.80 | 214.39 |
| 07/16/14 | 300016 | Capital One Bank (USA), N.A. by American Infosource Lp As Agent PO Box 71083 Charlotte, NC 28272-1083 | Claim 000014, Payment 3.10936% | 7100-000 | | 41.01 | 173.38 |
| 07/16/14 | 300017 | Bill Me Later 9690 Deereco Rd. Timonium, MD 21093 | Claim 000015, Payment 3.10913% (15-1) Bill Me Later (15-1) Modified to correct creditors address on 7/8/10 (ar) | 7100-000 | | 46.65 | 126.73 |
| 07/16/14 | 300018 | Portfolio Recovery Associates, LLC NATIONAL CAPITAL MANAGEMENT, LLC (GE Capital Corp) PO Box 41067 Norfolk, VA 23541 | Claim 000016, Payment 3.10912% (16-1) Modified on 10/8/13 to correct creditor address (ac) | 7100-000 | | 126.73 | 0.00 |

|  | Page Subtotals | 0.00 | 297.60 |
|---|---|---|---|

Ver: 18.03b

Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No:        10-07900  -ABG
Case Name:   LOMBARDI, NICK W.
                      LOMBARDI, MARLA L.
Taxpayer ID No:  *******6361
For Period Ending:  12/17/14

Trustee Name:          JOSEPH E. COHEN
Bank Name:             ASSOCIATED BANK
Account Number / CD #:   *******2507  Checking Account

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 5,000.00 | 5,000.00 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 5,000.00 | 5,000.00 | |
| | | | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 5,000.00 | 5,000.00 | |

| | | | |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Checking Account - ********2507 | 5,000.00 | 5,000.00 | 0.00 |
| | ------------------------- | ------------------------- | ------------------------- |
| | 5,000.00 | 5,000.00 | 0.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00                    0.00

Ver: 18.03b